**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **JANICE E. MILLER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:17-cv-265-JDL |
| **ZIMMER BIOMET INC. et al.** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed his Recommended Decision (ECF No. 29) with the court on November 30, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired December 14, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**. The Defendants' Motion to Dismiss (ECF No. 16) is **GRANTED** as to Claim Seven (negligence) and the Motion is **DENIED** in all other respects.

**SO ORDERED.**

Dated: December 20, 2017

                                                                                       /s/ Jon D. Levy
                                                                        **U.S. DISTRICT JUDGE**